K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com

Attorneys for Plaintiff
Natividad Gutierrez

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MARY ALICE JOHNS, et al.,<br><br>　　　　Defendants. | No. 1:11-CV-01778-AWI-BAM<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

　　　IT IS HEREBY STIPULATED by and between Plaintiff Natividad Gutierrez and Defendants Mary Alice Johns and Misra Singh dba Quick Pick and Deli, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.

Date: February 2, 2012　　　　　　　　　　　　　MOORE LAW FIRM, P.C.


　　　　　　　　　　　　　　　　　　　　　　　　/s/Tanya E. Moore
　　　　　　　　　　　　　　　　　　　　　　　　Tanya E. Moore
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff Natividad Gutierrez

///

///

*Gutierrez v. Johns, et al.*
Stipulation for Dismissal

Page 1

| | | |
|---|---|---|
| 1 | Dated:  January 31, 2012 | FISHER & PHILLIPS, LLP |

/s/ James Fessenden
James Fessenden
Attorney for Defendant Misra Singh dba Quick Pick and Deli

Dated: January 27, 2012					MICHAEL J.F. SMITH, APC


/s/ Michael J. F. Smith
Michael J. F. Smith
Attorney for Defendant Mary Alice Johns

**ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated:   February 2, 2012				_____
							CHIEF UNITED STATES DISTRICT JUDGE

*Gutierrez v. Johns, et al.*
Stipulation for Dismissal