1 | K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
2 | MOORE LAW FIRM, P.C.
332 North Second Street
3 | San Jose, California  95112
Telephone (408) 298-2000
4 | Facsimile (408) 298-6046
Email:  tanya@moorelawfirm.com
5 |
Attorneys for Plaintiff
6 | Natividad Gutierrez

7 |

8 | **UNITED STATES DISTRICT COURT**

9 | **EASTERN DISTRICT OF CALIFORNIA**

10 |

11 | NATIVIDAD GUTIERREZ,                           )   No.  1:11-CV-01778-AWI-BAM
                                               )
12 |                  Plaintiff,                  )   **STIPULATION FOR DISMISSAL OF**
                                               )   **ACTION; ORDER**
13 |          vs.                                 )
                                               )
14 | MARY ALICE JOHNS, et al.,                     )
                                               )
15 |                                             )
                  Defendants.                    )
16 |                                             )
                                               )
17 | _____ )

18 |          IT IS HEREBY STIPULATED by and between Plaintiff Natividad Gutierrez and

19 | Defendants Mary Alice Johns and Misra Singh dba Quick Pick and Deli, the parties to this

20 | action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure

21 | 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.

22 | Date: February 2, 2012                          MOORE LAW FIRM, P.C.

23 |

24 |
                                                /s/Tanya E. Moore
25 |                                             Tanya E. Moore
                                                Attorney for Plaintiff Natividad Gutierrez
26 |

27 | ///

28 | ///


*Gutierrez v. Johns, et al.*
Stipulation for Dismissal

1    Dated:  January 31, 2012                 FISHER & PHILLIPS, LLP

2

3                                             /s/ James Fessenden
                                              James Fessenden
4                                             Attorney for Defendant Misra Singh dba Quick
                                              Pick and Deli
5

6    Dated: January 27, 2012                  MICHAEL J.F. SMITH, APC

7

8                                             /s/ Michael J. F. Smith
                                              Michael J. F. Smith
9                                             Attorney for Defendant Mary Alice Johns

10

11                                **ORDER**

12

13        The parties having so stipulated,

14        IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

15

16

17   IT IS SO ORDERED.

18
     Dated:    February 2, 2012          _____
19                                       CHIEF UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28


*Gutierrez v. Johns, et al.*
Stipulation for Dismissal


                                    Page 2